UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COULOMBE,

       Plaintiff.

 - against -

ONE MORE COMPANY, ET AL.,

       Defendants.

21-cv-8712 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

 As discussed at the conference held today, the plaintiff may file an amended complaint by January 28, 2022. The defendants must move or answer by February 18, 2022. The defendants may move to dismiss without a pre-motion conference. The plaintiff's opposition to any motion to dismiss is due by March 11, 2022. The defendants' reply is due by March 25, 2022.

 If the plaintiff files an amended complaint and the defendants answer, the parties are directed to submit a Rule 26(f) report by March 11, 2022.

SO ORDERED.

Dated: New York, New York
    January 14, 2022

              _____
               John G. Koeltl
             United States District Judge