UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COULOMBE,

               Plaintiff.

- against -

ONE MORE COMPANY, INC., ET AL.,

               Defendants.

21-cv-8712 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for January 25, 2022 is canceled.

SO ORDERED.

Dated:   New York, New York
           January 19, 2022

                                      John G. Koeltl
                              United States District Judge